Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19–13867–VFP
Chapter: 7
Judge: Vincent F. Papalia
Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven Castronova
   26 Arnold Road
   West Milford, NJ 07480

Social Security No.:
   xxx–xx–4477

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Vincent F. Papalia
Vincent F. Papalia on

Date:            May 11, 2021
Time:            10:00 AM
Location:        Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

to consider and act upon the following:

*70* – Amended Motion. (related document:68 Motion to Avoid Lien filed by Debtor Steven Castronova) Filed by Jamal J Romero on behalf of Steven Castronova. Hearing scheduled for 3/9/2021 at 10:00 AM at VFP – Courtroom 3B, Newark. (Attachments: # 1 Certification Support # 2 Exhibit Agreement # 3 Proposed Order) (Romero, Jamal)

and transact such other business as may properly come before the meeting.


Dated: April 21, 2021
JAN: mcp

                                                            Jeanne Naughton
                                                            Clerk