UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on April 21, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Case No.:

Hearing Date:

Judge:

Chapter:

Recommended Local Form:  ☐ Followed   ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED: April 21, 2021**

**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the motion of _____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened. *

2. ❑ A Trustee shall be appointed.

   ❑ A Trustee shall not be appointed.

3. ❑ An amendment to the schedule(s) noted in the underlying motion shall be filed within 14 days of the date of this order.  If the amendment is not filed, the case shall be reclosed without further order of the court.

4. The case shall be reviewed within _____ days for closing eligibility.  The case may be closed upon entry of the discharge.

The successful party shall serve this Order on the debtor, any trustee and all creditors within seven (7) days of the entry of this Order.

*for the limited purposes of filing (i) a Certificate of Debtor Education, which has already been filed as Document #67 on 2/8/2021 and (ii) a motion to discharge certain liens.  The Clerk's Office shall review the case for entry of discharge within 60 days. Discharge shall be granted, if appropriate and the case shall then immediately be re-closed. The discharge shall apply only to those debts that arose before the February 26, 2019 petition date.

*Rev. 5/1/2019*