Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.:  19−13867−VFP
           Chapter:  7
           Judge:  Vincent F. Papalia
           Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven Castronova
   26 Arnold Road
   West Milford, NJ 07480

Social Security No.:
   xxx−xx−4477

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Vincent F. Papalia
Vincent F. Papalia on

Date:            May 11, 2021
Time:           10:00 AM
Location:      Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

to consider and act upon the following:

**70** − Amended Motion. (related document:68 Motion to Avoid Lien filed by Debtor Steven Castronova) Filed by Jamal J Romero on behalf of Steven Castronova. Hearing scheduled for 3/9/2021 at 10:00 AM at VFP − Courtroom 3B, Newark. (Attachments: # 1 Certification Support # 2 Exhibit Agreement # 3 Proposed Order) (Romero, Jamal)

and transact such other business as may properly come before the meeting.

Dated: April 21, 2021
JAN: mcp

                                                                            Jeanne Naughton
                                                                             Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-13867-VFP

Steven Castronova  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 2
Date Rcvd: Apr 21, 2021  Form ID: 173  Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven Castronova, 26 Arnold Road, West Milford, NJ 07480-1702 |
| r | + | Cervelli Real Estate and Property, 1 Marine Plaza, Suite 304, North Bergen, NJ 07047-6234 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2021  Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2021 at the address(es) listed below:

**Name**  **Email Address**

Anthony J. Sylvester
    on behalf of Creditor Lakeland Bank asylvester@shermanatlas.com

David L. Stevens
    on behalf of Debtor Steven Castronova dstevens@scura.com
    ecfbkfilings@scuramealey.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com;apasku@scura.com

Eric Raymond Perkins
    on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal
    nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal;lrodriguez@becker.legal

Eric Raymond Perkins
    eperkins@becker.legal  nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal;lrodriguez@becker.legal

Jamal J Romero
    on behalf of Debtor Steven Castronova jromero@scura.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 21, 2021 | Form ID: 173 | Total Noticed: 2 |

    rsanchez@scura.com;dstevens@scura.com;lhague@scura.com;ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;apasku@scura.com

Mitchell Hausman
    on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov

Rebecca Ann Solarz
    on behalf of Creditor The Money Source Inc. rsolarz@kmllawgroup.com

Rebecca Ann Solarz
    on behalf of Creditor HSBC Bank USA  National Association as Trustee for Deutsche A1t-B Securities, Mortgage Loan Trust, Series 2007-AB1 rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10