UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

**Order Filed on April 21, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Steven Castronova,

Debtor.

Case No.: 19-13867

Hearing Date: February 9, 2021

Judge: Vincent F. Papalia

Chapter: 7

Recommended Local Form:  ☐ Followed   ☒ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED: April 21, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the motion of _____Debtor, Steven Castronova, through Counsel_____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened. *

2. ☐ A Trustee shall be appointed.

   ☒ A Trustee shall not be appointed.

3. ☐ An amendment to the schedule(s) noted in the underlying motion shall be filed within 14 days of the date of this order.  If the amendment is not filed, the case shall be reclosed without further order of the court.

4. The case shall be reviewed within __60__ days for closing eligibility.  The case may be closed upon entry of the discharge.

The successful party shall serve this Order on the debtor, any trustee and all creditors within seven (7) days of the entry of this Order.

*for the limited purposes of filing (i) a Certificate of Debtor Education, which has already been filed as Document #67 on 2/8/2021 and (ii) a motion to discharge certain liens. The Clerk's Office shall review the case for entry of discharge within 60 days. Discharge shall be granted, if appropriate and the case shall then immediately be re-closed. The discharge shall apply only to those debts that arose before the February 26, 2019 petition date.

*Rev. 5/1/2019*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                     Case No. 19-13867-VFP

Steven Castronova                                                                          Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                    User: admin                                   Page 1 of 2
Date Rcvd: Apr 21, 2021                 Form ID: pdf903                                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2021:**

**Recip ID        Recipient Name and Address**
db           +  Steven Castronova, 26 Arnold Road, West Milford, NJ 07480-1702

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2021                      Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2021 at the address(es) listed below:

**Name**                    **Email Address**

Anthony J. Sylvester
    on behalf of Creditor Lakeland Bank asylvester@shermanatlas.com

David L. Stevens
    on behalf of Debtor Steven Castronova dstevens@scura.com
    ecfbkfilings@scuramealey.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com;apasku@scura.com

Eric Raymond Perkins
    eperkins@becker.legal  nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal;lrodriguez@becker.legal

Eric Raymond Perkins
    on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal
    nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal;lrodriguez@becker.legal

Jamal J Romero
    on behalf of Debtor Steven Castronova jromero@scura.com
    rsanchez@scura.com;dstevens@scura.com;lhague@scura.com;ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scu

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 21, 2021 | Form ID: pdf903 | Total Noticed: 1 |

ra.com;rshah@scura.com;apasku@scura.com

Mitchell Hausman
    on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov

Rebecca Ann Solarz
    on behalf of Creditor The Money Source Inc. rsolarz@kmllawgroup.com

Rebecca Ann Solarz
    on behalf of Creditor HSBC Bank USA  National Association as Trustee for Deutsche A1t-B Securities, Mortgage Loan Trust, Series 2007-AB1 rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10