**SCURA, WIGFIELD, HEYER**
**STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
Jamal J. Romero, Esq.
Jromero@Scura.com
*Counsel for Debtor*

Order Filed on May 12, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re:* <br><br> STEVEN CASTRONOVA, <br><br> Debtor. | Case No. 19-13867 <br><br> Chapter 7 <br><br> Hon. Vincent F. Papalia <br><br> Hearing Date and Time: <br><br> March 11, 2021 @ 10:00 AM <br><br> *Oral Argument Not Requested Unless Timely Filed Objections* |

### ORDER GRANTING MOTION VOIDING JUDGEMENT LIENS AS TO THE DEBTORS PROPERTY

The relief set forth on the following pages, numbered two (2), is hereby **ORDERED**.

**DATED: May 12, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor: Steven Castronova
Case No.: 19-13867 (VFP)

Caption of Order: **Order Granting Motion to Void Liens as to Debtor's Property**

THIS MATTER having been brought to the Court by way of amended motion by Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, attorneys for the debtor, Steven Castronova, and on notice to creditors having filed a notice of appearance, the standing chapter 7 trustee and the U.S. Trustee's Office and the Court having considered the papers submitted in conjunction with the motion; and no oppostion having and arguments of counsel and for good cause shown:

IT IS HEREBY:

**ORDERED** that the following judicial liens are avoided:

1. Damiano Law Offices, Judgment No. DJ-110161-2014;

2. Michael Siesta, Judgment No. DJ-150029-2015;

and it is further

**ORDERED** that a copy of this order shall be served on all parties within five (5) days of the date of receipt of this order.