**SCURA, WIGFIELD, HEYER**
**STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
Jamal J. Romero, Esq.
Jromero@Scura.com
*Counsel for Debtor*

Order Filed on May 12, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *In re:* <br><br> STEVEN CASTRONOVA, <br><br> Debtor. | Case No. 19-13867 <br> Chapter 7 <br> Hon. Vincent F. Papalia <br> Hearing Date and Time: <br> March 11, 2021 @ 10:00 AM <br> *Oral Argument Not Requested Unless Timely Filed Objections* |

**ORDER GRANTING MOTION VOIDING JUDGEMENT**
**LIENS AS TO THE DEBTORS PROPERTY**

The relief set forth on the following pages, numbered two (2), is hereby **ORDERED**.

**DATED: May 12, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor: Steven Castronova
Case No.: 19-13867 (VFP)

Caption of Order: **Order Granting Motion to Void Liens as to Debtor's Property**

THIS MATTER having been brought to the Court by way of amended motion by Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, attorneys for the debtor, Steven Castronova, and on notice to creditors having filed a notice of appearance, the standing chapter 7 trustee and the U.S. Trustee's Office and the Court having considered the papers submitted in conjunction with the motion; and no oppostion having and arguments of counsel and for good cause shown:

IT IS HEREBY:

**ORDERED** that the following judicial liens are avoided:

1. Damiano Law Offices, Judgment No. DJ-110161-2014;
2. Michael Siesta, Judgment No. DJ-150029-2015;

and it is further

**ORDERED** that a copy of this order shall be served on all parties within five (5) days of the date of receipt of this order.

United States Bankruptcy Court

District of New Jersey

In re:  
Steven Castronova  
    Debtor

Case No. 19-13867-VFP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: May 12, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Steven Castronova, 26 Arnold Road, West Milford, NJ 07480-1702 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony J. Sylvester | on behalf of Creditor Lakeland Bank asylvester@shermanatlas.com |
| David L. Stevens | on behalf of Debtor Steven Castronova dstevens@scura.com ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.r93878@notify.bestcase.com;apasku@scura.com;jromero@scura.com |
| Eric Raymond Perkins | eperkins@becker.legal nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal;lrodriguez@becker.legal |
| Eric Raymond Perkins | on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal;lrodriguez@becker.legal |
| Jamal J Romero | on behalf of Debtor Steven Castronova jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;apasku@scura. |

District/off: 0312-2     User: admin     Page 2 of 2
Date Rcvd: May 12, 2021     Form ID: pdf903     Total Noticed: 1

com;romero.jamalr93878@notify.bestcase.com

Mitchell Hausman
    on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov

Rebecca Ann Solarz
    on behalf of Creditor The Money Source Inc. rsolarz@kmllawgroup.com

Rebecca Ann Solarz
    on behalf of Creditor HSBC Bank USA  National Association as Trustee for Deutsche A1t-B Securities, Mortgage Loan Trust, Series 2007-AB1 rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10