SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
Jamal J. Romero, Esq.
Jromero@Scura.com
Counsel for Debtor



Order Filed on November 2, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>STEVEN CASTRONOVA,<br><br>Debtor. | Case No. 19-13867-VFP<br><br>Chapter 7<br><br>Hon. Vincent F. Papalia<br><br>Hearing Date and Time:<br><br>October 5, 2021 at 10:00 AM<br><br>Oral Argument Not Requested Unless Timely Filed Objections |

### ORDER GRANTING MOTION TO REOPEN CASE TO VOID JUDGMENT LIEN AS TO THE DEBTOR'S PROPERTY

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: November 2, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor: Steven Castronova
Case No.: 19-13867 (VFP)

Caption of Order: Order Granting Motion to Void Judgment Lien as to Debtor's Property

THIS MATTER having been brought to the Court by way of motion by Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, attorneys for the debtor, Steven Castronova, and on notice to the subject judgment lien creditor, parties having filed a notice of appearance, the standing chapter 7 trustee and the U.S. Trustee's Office, as set forth in the Certificate of Service filed by the Debtor; and the Court having considered the papers submitted in conjunction with the motion; and arguments of counsel and for good cause shown:

IT IS HEREBY:

ORDERED that the case is Reopened; and it is further

ORDERED that the following judicial lien is avoided:

Michael Siesta, Judgment No. J-162697-2015; and it is further

ORDERED that the case shall be reviewed within 7 days for re-closing eligibility; and it is further

ORDERED that a copy of this order shall be served on all parties within three (3) days of the date of its receipt by Debtor's counsel.