SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
Jamal J. Romero, Esq.
Jromero@Scura.com
Counsel for Debtor

**Order Filed on November 2, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>STEVEN CASTRONOVA,<br><br>Debtor. | Case No. 19-13867-VFP<br>Chapter 7<br>Hon. Vincent F. Papalia<br>Hearing Date and Time:<br>October 5, 2021 at 10:00 AM<br>Oral Argument Not Requested Unless Timely Filed Objections |

<u>ORDER GRANTING MOTION TO REOPEN CASE TO VOID
JUDGMENT LIEN AS TO THE DEBTOR'S PROPERTY</u>

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: November 2, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor: Steven Castronova
Case No.: 19-13867 (VFP)

Caption of Order:  Order Granting Motion to Void Judgment Lien as to Debtor's Property

THIS MATTER having been brought to the Court by way of motion by Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, attorneys for the debtor, Steven Castronova, and on notice to the subject judgment lien creditor, parties having filed a notice of appearance, the standing chapter 7 trustee and the U.S. Trustee's Office, as set forth in the Certificate of Service filed by the Debtor; and the Court having considered the papers submitted in conjunction with the motion; and arguments of counsel and for good cause shown:

IT IS HEREBY:

ORDERED that the case is Reopened; and it is further

ORDERED that the following judicial lien is avoided:

Michael Siesta, Judgment No. J-162697-2015; and it is further


ORDERED that the case shall be reviewed within 7 days for re-closing eligibility;  and it is further

ORDERED that a copy of this order shall be served on all parties within three (3) days of the date of its receipt by Debtor's counsel.

United States Bankruptcy Court

District of New Jersey

In re:                                                                 Case No. 19-13867-VFP

Steven Castronova                                                      Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 02, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Steven Castronova, 26 Arnold Road, West Milford, NJ 07480-1702 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony J. Sylvester | on behalf of Creditor Lakeland Bank asylvester@shermanatlas.com |
| David L. Stevens | on behalf of Debtor Steven Castronova dstevens@scura.com ecfbkfilings@scuramealey.com;bramirez@scura.com;mduran@scura.com;vmajano@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.r93878@notify.bestcase.com;jromero@scura.com;sduarte@scura.com;eflaim@scu |
| Eric Raymond Perkins | eperkins@becker.legal nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal |
| Eric Raymond Perkins | on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal |
| Jamal J Romero | on behalf of Debtor Steven Castronova jromero@scura.com |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 02, 2021 | Form ID: pdf903 | Total Noticed: 1 |

|   |   |
|---|---|
| | dstevens@scura.com;ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;romero.jamalr93878@notify.bestcase.com;sduarte@scura.com;eflaim@scura.com;bramirez@scura.com |
| Mitchell Hausman | on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov |
| Rebecca Ann Solarz | on behalf of Creditor The Money Source Inc. rsolarz@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor HSBC Bank USA  National Association as Trustee for Deutsche Alt-B Securities, Mortgage Loan Trust, Series 2007-AB1 rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10